

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2020

No. 04-20-00326-CR

Leonard **CHARGUALAF**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1243-CR-A
Honorable William D. Old III, Judge Presiding

# O R D E R

     In this *Anders* case, we sent Appellant a copy of the record, but it was returned because Appellant was transferred to another prison. On December 4, 2020, we sent a copy of the record to Appellant's current address. Appellant's brief is due on January 15, 2021.

_____
Patricia O. Alvarez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2020.

_____
Michael A. Cruz,
Clerk of Court